# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1052

_____

Norman L. Miller,                                       *
                                                        *
            Appellant,                                  *
                                                        *    Appeal from the United States
      v.                                                *    District Court for the
                                                        *    Western District of Missouri.
Internal Medicine Specialists, Inc.,                    *
                                                        *    [UNPUBLISHED]
            Appellee.                                   *

_____

Submitted: June 25, 2010
Filed: June 30, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Norman Miller appeals the district court's[1] order dismissing his civil action. After careful de novo review, see Strand v. Diversified Collection Serv., Inc., 380 F.3d 316, 317 (8th Cir. 2004), we agree with the district court that Miller's complaint did not state a claim upon which relief could be granted. Accordingly, we affirm the judgment of the district court. We also deny Miller's pending motion.

_____

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.